Pennsylvania Board of Undertakers *v.* Cerankowski, Appellant.

Argued July 6, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Milton J. Kolansky,* with him *Daniel G. Murphy, Leo G. Knoll,* and *Homer L. Kreider,* for appellant.

*Abraham J. Levy,* Special Deputy Attorney General, with him *John C. Phillips,* Deputy Attorney General, *Harrington Adams,* Deputy Attorney General, and *T. McKeen Chidsey,* Attorney General, for appellee.

PER CURIAM, September 27, 1948:

The judgment of the court below is affirmed on the opinion of Judge RUPP.